# EXHIBIT 2

## Re: Fresno Order Confirmation 1389747

Ijaz Haidar SJ Computers LLC <hijaz@hotmail.com>

Tue 3/23/2021 11:38 AM

To: Isauro Villarreal <isauro.villarreal@eridlrect.com>; SJ Computers <purchasing@sjcomputersmn.com>

Cc: Brian Aldape <Brian.Aldape@ERIdlrect.com>; Justin LeDoux <justin.ledoux@eridlrect.com>

It is not possible now, Funds have left our account. Please speak to your bank and let them know.

**Ijaz Haidar** -*President*

**SJ Computers**

2817 Eagandale Blvd, Eagan, Mn 55121

📱:651-890-2369 ☎:952-452-8884 x101 | Fax x-9

https://sjcomputers.us/

---

**From:** Isauro Villarreal <isauro.villarreal@eridlrect.com>

**Sent:** Tuesday, March 23, 2021 11:37 AM

**To:** SJ Computers <purchasing@sjcomputersmn.com>

**Cc:** Brian Aldape <Brian.Aldape@ERIdlrect.com>; Justin LeDoux <justin.ledoux@eridlrect.com>; hijaz <hijaz@hotmail.com>

**Subject:** Re: Fresno Order Confirmation 1389747

Just got an update from our accounting department now that due to the ongoing statutory audit on our financial statements, we have been unable to receive payment with our usual Comerica Bank account.

As a result, our auditors have advised that all incoming payments should be channelled into our alternative account through Wire in other to have other business activities running.

Can you change the banking information for the scheduled wire transfer? Accounting said you can still cancel wire if sent or change the banking details asap

Your quick response is highly appreciated, so I can provide alternative banking information to remit payment.

-Isauro

**Isauro Villarreal**
Bulk Sales Manager

**isauro.villarreal@eridirect.com**
**+1 559.353.0601**
**+1 559.512.8438**
**+1 800.ERI.DIRECT (374-3473)**

ERI
People. Planet. Privacy.™

**ERI's Core Values**
We Are Customer Obsessed.
We Are Innovators.
We Are Accountable.
We Are Inclusive.
We Are One Team.
Speed Matters. Every Second Counts.
See Something, Do Something.

**www.ERIdirect.com**
3243 S. East Ave., Ste. 105 Fresno, CA 93725

**NAID AAA • e-Stewards • R2 • ISO 9001 • ISO 14001 • ISO 45001**




**The World Has an E-Waste Problem**
John Shegerian stands among laptops that are undergoing refurbishment in Fresno, CA.




**How 5G Could Mean Even More Electronic Waste**
John Shegerian joins BBC's Rob Young to share his perspective about the adoption of 5G.




**How Can We Fix The Massive E-Waste Problem?**
ERI featured in CNBC story on conquering the challenges of electronic waste.

This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). Please review our full Confidentiality and NAID notices at **eridirect.com/email-notices**.

---

**From:** SJ Computers
**Sent:** Tuesday, March 23, 2021 10:10 AM
**To:** Isauro Villarreal <isauro.villarreal@eridirect.com>
**Cc:** Brian Aldape <Brian.Aldape@ERIdirect.com>; Justin LeDoux <justin.ledoux@eridirect.com>; hijaz@hotmail.com <hijaz@hotmail.com>
**Subject:** Re: Fresno Order Confirmation 1389747

Good morning Isauro,
wire is been processed
attached you'll find individual pallet labels and the BOL

below is FedEx pick up confirmation . please forward the same to corresponding ERI location for processing

**Pickup Confirmation**

**FedEx Freight Economy 20210323FRO408320**
**03/23/2021**
**7**
**9540 LBS**
**8:30 AM - 2:30 PM**

Let me know if you have any questions or concerns

Thank you

Serge N. Ngouambe

**SJ Computers LLC**
2817 Eagandale Blvd
Eagan ,MN 55121
Toll Free : 1-844-540-5983 Ext 5000
Local : 1-952-452-8884
purchasing@sjcomputersmn.com

---

**From:** Isauro Villarreal <isauro.villarreal@eridirect.com>
**Sent:** Monday, March 22, 2021 5:01 PM
**To:** SJ Computers <purchasing@sjcomputersmn.com>
**Cc:** Brian Aldape <Brian.Aldape@ERIdirect.com>; Isauro Villarreal <isauro.villarreal@eridirect.com>; Justin LeDoux <justin.ledoux@eridirect.com>
**Subject:** Fresno Order Confirmation 1389747

Hi,

Please see the attached order confirmation form PDF (our version of an invoice).

The confirmation includes a summary of your winning bid(s) as honored by your bid submission(s).

Included is the pickup address, weights/dimensions, and payment options for your order.

When you get a chance please review and let us know if you have any questions, if possible we would like get payment posted and shipping setup within 72 business hours.

**Pickup Address:**
**Electronic Recyclers International**
**Joe Johnson**
**3243 S. East Ave., Ste. 105**
**Fresno, CA 93725**

**Monday - Friday**
**Hours 6:00 am to 2:30 pm (Hours subject to change at the end of the month)**

Weights and Dimensions:

**Please see attached Order Confirmation for Weights and Dimensions**

Payment Options:

Bank Transfer:
- Name: Electronic Recyclers International Inc.
- Bank Name: Comerica Bank

Mail - Ijaz Haidar SJ Computers LLC - Outlook

- Bank Address: 333 W. Santa Clara Street, San Jose, CA 95113 Bank Center #: 850
- ABA: 121137522
- Acct #: 1895342408
- Swift Code: MNBDUS33"

PayPal Invoice
- Please call or send email request for invoice details.

Credit Card
- Credit Card Transaction with Processing Fee 3%

If you have any questions or concerns please let me know.

Kind regards

**Isauro Villarreal**
Bulk Sales Manager

Email **isauro.villarreal@eridirect.com**

Mobile [null]**+1 559.353.0601**

Office [null]**+1 559.512.8438**

Toll-Free **+1 800.ERI.DIRECT (374-3473)**

Website **www.ERIdirect.com**

Address 3243 S. East Ave., Ste. 105 Fresno, CA 93725

**NAID AAA • e-Stewards • R2 • ISO 9001 • ISO 14001 • ISO 45001**

John Shegerian stands among laptops that are undergoing refurbishment in Fresno, CA.

John Shegerian joins BBC's Rob Young to share his perspective about the adoption of 5G.

ERI featured in CNBC story on conquering the challenges of electronic waste.

This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). Please review our full Confidentiality and NAID notices at **eridirect.com/email-notices**.