# EXHIBIT 5

Badin Order Confirmation 1390695

Isauro Villarreal <isauro.villarreal@eridirect.com>(Isauro Villarreal via feaircraft.com)
To SJ Computers

Reply | Reply All | Forward | ...

Mon 3/29/2021 7:12 AM

Follow up. Start by Friday, April 9, 2021. Due by Friday, April 9, 2021.
You responded on Friday, April 9, 2021 2:13 PM.
If there are problems with how this message is displayed, click here to view it in a web browser.
We could not verify the identity of the sender. Click here to learn more.

Order Confirmation Form - 1390695.pdf
98 KB

Hi,

Please see the attached order confirmation form PDF (our version of an invoice).

The confirmation includes a summary of your winning bid(s) as honored by your bid submission(s).

Included is the pickup address, weights/dimensions, and payment options for your order.

When you get a chance please review and let us know if you have any questions, if possible we would like get payment posted and shipping setup within 72 business hours.

**Pickup Address:**
**Electronic Recyclers International**
**Ricky Parker**
**293 NC 740 Hwy. Bldg. 134**
**Badin, NC 28009**

**Monday - Friday**
**Dock Hours: 6:00 AM to 2:30 PM (Hours subject to change at the end of the month)**

If you have any questions or concerns please let me know.

Kind regards,

ERI®

**Isauro Villarreal**
Bulk Sales Manager
isauro.villarreal@eridirect.com
+1 559.353.0601