# EXHIBIT 6

Indiana Order Confirmation 1390738

Isauro Villarreal <isauro.villarreal@eridirect.com>(Isauro Villarreal via feaircraft.com)
To SJ Computers

Reply | Reply All | Forward | ...

Mon 3/29/2021 7:11 AM

Follow up. Start by Friday, April 9, 2021. Due by Friday, April 9, 2021.
You responded on Friday, April 9, 2021 2:14 PM.
If there are problems with how this message is displayed, click here to view it in a web browser.
We could not verify the identity of the sender. Click here to learn more.

Order Confirmation Form - 1390738.pdf
100 KB

Hi,

Please see the attached order confirmation form PDF (our version of an invoice).

The confirmation includes a summary of your winning bid(s) as honored by your bid submission(s).

Included is the pickup address, weights/dimensions, and payment options for your order.

When you get a chance please review and let us know if you have any questions, if possible we would like get payment posted and shipping setup within 72 business hours.

**Pickup Address:**
**Electronic Recyclers International**
**Jeremi Thompson**
**3100 Reeves RD**
**Plainfield, IN 46168**

**Monday-Friday**
**Hours 6:00 AM to 2:30 PM (Hours subject to change at the end of the month)**

If you have any questions or concerns please let me know.

Kind regards

ERI®

**Isauro Villarreal**
Bulk Sales Manager