# EXHIBIT 7

# Fw: BANK ACCOUNT UPDATE

Ijaz Haidar <ijaz@sjcomputersmn.com>
Thu 5/20/2021 2:28 PM
**To:** Joe Keith <joe@sjcomputersmn.com>

1 attachments (723 KB)
Eridirect wire instructions.pdf;

---

**From:** Ijaz Haidar <ijaz@sjcomputersmn.com>
**Sent:** Thursday, April 8, 2021 12:04 PM
**To:** SJ Computers Purchasing Dept <purchase@sjcomputersmn.com>
**Subject:** Fw: BANK ACCOUNT UPDATE

---

**From:** SJ Computers <purchasing@sjcomputersmn.com>
**Sent:** Monday, March 29, 2021 2:06 PM
**To:** Ijaz Haidar <ijaz@sjcomputersmn.com>
**Cc:** Ijaz Haidar SJ Computers LLC <hijaz@hotmail.com>
**Subject:** Fw: BANK ACCOUNT UPDATE

Please confirm if this has been updated.

Serge N. Ngouambe

**SJ Computers LLC**
2817 Eagandale Blvd
Eagan ,MN 55121
Toll Free : 1-844-540-5983 Ext 5000
Local : 1-952-452-8884
purchasing@sjcomputersmn.com

---

**From:** Isauro Villarreal <isauro.villarreal@eridirect.com>
**Sent:** Monday, March 29, 2021 2:03 PM
**To:** SJ Computers <purchasing@sjcomputersmn.com>
**Subject:** BANK ACCOUNT UPDATE

Hi Serge,

Please confirm if our bank account has been updated.

Let me know if you have any questions.

Thank you

-isauro

**Isauro Villarreal**
Bulk Sales Manager

isauro.villarreal@eridirect.com

+1 559.353.0601

+1 559.512.8438

+1 800.ERI.DIRECT (374-3473)

www.ERIdirect.com

3243 S. East Ave., Ste. 105 Fresno, CA 93725

NAID AAA • e-Stewards • R2 • ISO 9001 • ISO 14001 • ISO 45001




**The World Has an E-Waste Problem**

John Shegerian stands among laptops that are undergoing refurbishment in Fresno, CA.




**How 5G Could Mean Even More Electronic Waste**

John Shegerian joins BBC's Rob Young to share his perspective about the adoption of 5G.




**How Can We Fix The Massive E-Waste Problem?**

ERI featured in CNBC story on conquering the challenges of electronic waste.

This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). Please review our full Confidentiality and NAID notices at eridirect.com/email-notices.