# EXHIBIT 8

ERI®

**Mailing Address: 3100 Reveeves Road**
**Plainfield, IN 46168**
**Cell Number : 1-800- Eridirect (374-3473)**

Hello,

Below are our remittance instructions for electronic or wire payments.

**WIRE PAYMENT INSTRUCTIONS – USD CURRENCY FROM THE USA AND OVERSEAS**

*****IMPORTANT*****

**Mandatory fields must be completed as shown:**

**BANK NAME: BB&T Bank**

**BANK ADDRESS: 419 Old Little Rock Rd, Charlotte, NC 28214**

**ACCOUNT NAME: Electronic Recyclers International, Inc.**

**ACCOUNT #: 0005207453163**

**ROUTING # : 053101121**

**SWIFT CODE: BRBTUS33**

**We thank you for your business**
**Electronic Recyclers International, Inc.**
**Accounts Receivable**